THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYDON CLYDE TETON,<br><br>        Petitioner,<br><br>  v.<br><br>FEDERAL DETENTION CENTER SEATAC, et al.,<br><br>        Respondent. | CASE NO. C24-01615-JCC-BAT<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the Report and Recommendation of the Honorable Brain A Tsuchida, United States Magistrate Judge. (Dkt. No. 21.) That order recommends that Petitioner's proposed complaint be dismissed without prejudice, and that Petitioner's applications for the appointment of counsel be denied as moot on the grounds that any claims at F.C.I. Victorville should be filed in the Central District of California. In response to the Report and Recommendation, Petitioner has not filed any objections but has filed multiple "amendments" to his complaint, by which he alleges additional claims based on different factual occurrences.

The Court has reviewed *de novo* the Report and Recommendation herein, any objections, responses, and the record, and now finds and ORDERS:

ORDER OF DISMISSAL
C24-01615-JCC-BAT
PAGE - 1

1   (1) The Court ADOPTS the Report and Recommendation. Here, the Petitioner has not objected to Judge Tsuchida's Report and Recommendation in either a general or specific manner.

(2) The amended complaints, Dkt. Nos. 16, 18, and 20 are dismissed without prejudice. The motion for appointment of counsel, Dkt. 19, is denied. Lawsuits against defendants at F.C.I. Victorville should be filed in the Central District of California.

(3) The Clerk shall provide Plaintiff a copy of this order.

DATED this 10th day February, 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE